**No. 11-5408. Joseph L. Overton, Petitioner v. United States.**

565 U.S. 1063, 132 S. Ct. 757, 181 L. Ed. 2d 489, 2011 U.S. LEXIS 8580.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 173.